

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24459

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Doug Wisely,<br>   Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2005-11<br>   Movant,<br>  vs.<br><br>Doug Wisely, Debtor, Dianne C. Kerns, Trustee.<br>   Respondents. | No. 4:09-bk-07259-JMM<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #39) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 1, 2005 and recorded in the office of the Pima County Recorder wherein U.S. Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2005-11 is the current beneficiary and Doug Wisely, Doug Wisely have an interest in, further described as:

> LOT 64 OF MONUMENT VISTA, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER IN BOOK 48 OF MAPS AND PLATS AT PAGE 15 AND THEREAFTER HAVING BEEN AMENDED BY DECLARATION OF SCRIVENERS ERROR RECORDED IN DOCKET 11002 AT PAGE 178.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.